IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MEDINA,

    Plaintiff,                    No. 2:12-cv-1599 EFB P

    vs.

T. COUNTS, et al.,

    Defendants.             ORDER

                              /

        Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has neither filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 nor paid the filing fee for this action.

        Plaintiff alleges a violation of his civil rights in Kern County, California. Kern County is in the Fresno Division of the United States District Court for the Eastern District of California, and this action should have been commenced there. E.D. Cal. Local Rule 120(d). Where a civil action has not been commenced in the proper division of a court, the court may, on its own motion, transfer the action to the proper division. E.D. Cal. Local Rule 120(f).

////

////

////

1

1  Accordingly, it is hereby ordered that:

2  1. This action is transferred to the Fresno Division.

3  2. The Clerk of Court shall assign a new case number.

4  3. All future filings shall bear the new case number and shall be filed at:

5  United States District Court
   Eastern District of California
6  2500 Tulare Street
   Fresno, CA 93721
7
   DATED: June 26, 2012.
8
                                  _____
9                                 EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2