1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   ERNEST DANIEL MEDINA,                 1:12-cv-01046-SAB-(PC)

12             Plaintiff,                  ORDER GRANTING MOTION TO
                                           AMEND COMPLAINT
13        vs.
                                           (Docket #9)
14   T. COUNTS, et al.,
                                           30-DAY DEADLINE
15             Defendants.

16   _____/

17        Plaintiff Ernest Daniel Medina ("Plaintiff") is a prisoner proceeding *pro se* in a civil

18   rights action pursuant to 42 U.S.C. § 1983.  On September 14, 2012, Plaintiff filed a motion

19   seeking leave to amend his complaint.  (Doc. #9.)

20        Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff may amend his complaint

21   once as a matter of course so long as 21 days has not passed after a responsive pleading is

22   served.  Since no responsive pleading has yet been served, Plaintiff may amend his complaint

23   without leave of the Court.

24        Based upon the foregoing, it is HEREBY ORDERED that Plaintiff's motion is

25   GRANTED.

26        IT IS SO ORDERED.

27   Dated:   **January 8, 2013**            _____/s/ **Stanley A. Boone**_____
                                             UNITED STATES MAGISTRATE JUDGE
28