IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DANIEL MEDINA, | 1:12-cv-01046-SAB-(PC) |
| Plaintiff, | ORDER GRANTING MOTION TO AMEND COMPLAINT |
| vs. | (Docket #9) |
| T. COUNTS, et al., | 30-DAY DEADLINE |
| Defendants. | |

Plaintiff Ernest Daniel Medina ("Plaintiff") is a prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On September 14, 2012, Plaintiff filed a motion seeking leave to amend his complaint. (Doc. #9.)

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff may amend his complaint once as a matter of course so long as 21 days has not passed after a responsive pleading is served. Since no responsive pleading has yet been served, Plaintiff may amend his complaint without leave of the Court.

Based upon the foregoing, it is HEREBY ORDERED that Plaintiff's motion is GRANTED.

IT IS SO ORDERED.

Dated:   **January 8, 2013**          /s/ **Stanley A. Boone**
                                UNITED STATES MAGISTRATE JUDGE